THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
DAVID KETTEL
Assistant United States Attorney
California Bar No. 125745
OCDETF Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3756
    Facsimile: (213) 894-0142
    E-mail: david.kettel@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CV 05-8558-SVW(SSx) |
| Plaintiff, ) | **CONSENT JUDGMENT** |
| v. ) | |
| REAL PROPERTY IN BELLFLOWER, ) CALIFORNIA, ) | |
| Defendant. ) | |

    On December 7, 2005, plaintiff United States of America ("plaintiff" or the "government") filed a Complaint for Forfeiture alleging that defendant real property located in Bellflower, California (the "defendant real property") was subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C) because (1) it represents real property that was involved in transactions or attempted transactions designed in whole or in part to conceal

or disguise the nature, the location, the source, the ownership, or the control of the proceeds of a violation of 18 U.S.C. §§ 1341 (mail fraud) and 1014 (loan fraud), specified unlawful activities as defined by 18 U.S.C. § 1956(c)(7)(D), in violation of 18 U.S.C. § 1956(a)(1)(B)(I) and (2) it is property which constitutes or is derived from proceeds (loan fraud), in addition to offenses constituting specific unlawful activities as defined by 18 U.S.C. § 1956(c)(7)(mail fraud and loan fraud).

Claimants Lupe Ruiz, Martha Rodriguez and Maria T. Rodriguez ("claimants") claim that they are unaware of any other persons or entities with a valid interest in the defendant real property.  No other claims, statements of interest, or answers have been filed with respect to the defendant real property, and the time for filing claims, statements, and answers has expired.

The government and claimants have agreed to settle this forfeiture action and to avoid further litigation.

The Court having been duly advised of and having considered the matter, and based upon the mutual consent of plaintiff and claimants,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.   This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

2.   The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

3.   Notice of this action has been given as required by law. Claimants previously filed statements identifying their rights to

or interests in the defendant property.  Claimants also filed answers to the Complaint for Forfeiture.  On or about April 27, 2007, claimants Lupe Ruiz and Maria T. Rodriguez withdrew their statements identifying right or interest.

4.   The Court deems that all other potential claimants admit the allegations of the Complaint for Forfeiture to be true.

5.   In exchange for the government's agreement to dismiss its complaint for forfeiture against the defendant real property and withdraw its notice of *lis pendens* on the defendant real property, the United States of America shall have judgment as to a substitute *res* in the amount of $130,725.24, and no other person or entity shall have any right, title or interest therein.  The united States Marshals Service is ordered to dispose of said monies in accordance with law.

6.   Claimants agree to pay the government $130,725.24 within thirty (30) days of the filing of this consent judgment.

7.   The parties will execute further documents, to the extent necessary, to implement the terms of this Consent Judgment.

8.   Claimant hereby releases the United States of America, its agencies, officers, and employees, including employees of the Federal Bureau of Investigation, and local law enforcement agencies, their agents, officers, and employees, from any and all claims, actions, or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs, or interest on behalf of claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

9. The Court finds that there was reasonable cause for the institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

10. The Court further finds that claimants did not substantially prevail in this action, and each side shall bear its own attorneys' fees and other costs of litigation.

DATED: March 7, 2008

_____
THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

///

4

<u>CONSENT</u>

The government and claimants consent to judgment and waive any right of appeal.

DATED:                          THOMAS P. O'BRIEN
                                United States Attorney
                                CHRISTINE C. EWELL
                                Assistant United States Attorney
                                Chief, Criminal Division


                                _____
                                DAVID A. KETTEL
                                Assistant United States Attorney

                                Attorneys for Plaintiff
                                United States of America

DATED:

                                _____
                                LUPE RUIZ

DATED:

                                _____
                                MARTHA RODRIGUEZ

DATED:


                                _____
                                MARIA T. RODRIGUEZ

DATED:


                                _____
                                DONALD MARKS

                                Attorney for Claimants
                                LUPE RUIZ, MARTHA RODRIGUEZ and
                                MARIA T. RODRIGUEZ